**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 12 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: VINCENT GEORGE PARKS. | No. 14-70725 |
| | D.C. No. 1:82-cr-00123-AWI-1 |
| VINCENT GEORGE PARKS, | Eastern District of California, Fresno |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO, | |
| Respondent, | |
| UNITED STATES OF AMERICA, | |
| Real Party in Interest. | |

Before: LEAVY, CALLAHAN, and HURWITZ, Circuit Judges.

On April 14, 2014, the district court issued an order resolving petitioner's pending motions. Accordingly, this petition for writ of mandamus is denied as moot.

The motion to proceed in forma pauperis is denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**

AT/MOATT